642

371 A.2d 1315

Yost, Appellant, v. Yost.

Argued November 15, 1976. G. Entenmann, with him William J. Murray, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS., P. J., absent.

371 A.2d 1315

Zeleny v. Zeleny, Appellant.

Argued November 8, 1976. Michael A. Wolak, III, with him Raymond M. Larizza, for appellant; Edna L. Fischer, with her Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.